## John McAuliff v. John Reuter.

63a 255
166s 491
63b 255
169s 636

1. PROMISSORY NOTE—*Payable to Maker's Order.*—The title to a promissory note, drawn payable to the order of the maker, and indorsed and delivered by him, passes by delivery.   61 Ill. App. 32.

Foreclosure.—Trust deed.   Appeal from the Superior Court of Cook County; the Hon. JOHN BARTON PAYNE, Judge, presiding.   Heard in this court at the October term, 1895.   Affirmed.   Opinion filed March 31, 1896.

RUDOLPH D. HUSZAGH, attorney for appellant.

ALBERT H. MEADS, attorney for appellee.

MR. PRESIDING JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

John McAuliff, the original appellant, brought this appeal to the last term of this court; it was submitted November 8, and decided December 2, 1895.

He was dead before that submission, and the judgment of affirmance then entered has been vacated and his administrator and heirs substituted in his place, who have filed an additional brief.

The hardship of the case appeals to our sensibilities, but nothing new as to the law is presented, and the decree must be again affirmed for the reasons expressed in the opinion first filed.